IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| DR. SANFORD HUTSON, on behalf of himself and all others similarly situated<br><br>*Plaintiff,*<br><br>VS.<br><br>THEEDUCATIONAUTHORITY.COM and DMI PARTNERS, INC.,<br><br>*Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 4:13-cv-00321-SWW<br><br>HONORABLE JUDGE WRIGHT |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Dr. Sanford Hutson, by and through his undersigned counsel, hereby dismisses this action with prejudice as to his individual claims and without prejudice as to any putative class members' claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: September 27th, 2013

Respectfully submitted,

/s/ Randall K. Pulliam
Randall K. Pulliam
Rebecca Kaufman
CARNEY BATES & PULLIAM, PLLC
11311 Arcade Dr., Suite 200
Little Rock, AR 72212
P: 501-312-8500
F: 501-312-8505
rpulliam@cbplaw.com
rkaufman@cbplaw.com