**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| DR. SANFORD HUTSON,  )<br>on behalf of himself  )<br>and all others similarly situated  ) | CASE NO.: 4:13-cv-00321-SWW |
| ) | |
| *Plaintiff*,  ) | HONORABLE JUDGE WRIGHT |
| ) | |
| VS.  ) | |
| ) | |
| THEEDUCATIONAUTHORITY.COM  )<br>and DMI PARTNERS, INC.,  ) | |
| ) | |
| *Defendant*.  )<br>_____) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that pursuant to Plaintiff Sanford Hutson's notice of voluntary dismissal (ECF No. 14) this action is dismissed with prejudice as to Plaintiff Hutson's individual claims and without prejudice as to any putative class members' claims.

IT IS SO ORDERED THIS 30th DAY OF SEPTEMBER, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE